

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-17-00169-CV

Rufel L. **ESTRADA**,
Appellant

v.

Tatiana **ESTRADA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI00328
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On April 3, 2017, the trial court found that appellant is able to afford costs of court, appeal, and the preparation of the court reporter's record. On the same day, appellant filed a motion in this court seeking review of the trial court's order.

On April 5, 2017, we ordered the preparation of a limited clerk's record and reporter's record for purposes of conducting a review of the trial court's order. These records were timely filed in this court on or before April 21, 2017. We then conducted a review of the trial court's order.

On May 2, 2017, we issued an order affirming the trial court's April 3, 2017 order finding that appellant is able to afford costs of court, appeal, and the preparation of the court reporter's record.

On May 3, 2017, appellant filed a second motion seeking review of the trial court's order in which he asserts that, because this court did not grant his motion for review within ten days of filing the motion, his motion was granted by operation of law. For support, appellant cites Rule 20.1(j)(4) of the Texas Rules of Appellate Procedure. However, Rule 20.1 was amended in 2016

to delete the provision on which appellant relies. *See* TEX. R. APP. P. 20.1. Furthermore, Rule 145 of the Texas Rules of Civil Procedure now governs a party's claim that he is unable to afford costs for preparation of the appellate record. The current version of Rule 145 requires this court to rule on a motion for review "at the earliest practicable time," but it does not otherwise set a deadline for this court's ruling on the motion. *See* TEX. R. CIV. P. 145(g)(4).

Therefore, appellant's second motion for review, which we construe as a motion to reconsider our May 2, 2017 order affirming the trial court's order, is DENIED. The clerk's record and the reporter's record for this appeal remain due on **May 5, 2017**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_____
Keith E. Hottle
Clerk of Court